**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00183-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  DERRICK JEREMY GRIFFIE, and
13. ADRIANA MENDOZA-CASTELLANOS,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **Motion for Permission to Have Substitute Counsel Attend May 18, 2007 Status Conference** [#123], filed on behalf of defendant Griffie on May 16, 2007, and the **Motion to Substitute Counsel** [#120], filed on behalf of defendant Castellanos on May 16, 2007.  The motions are **GRANTED**.  Wade Eldridge is permitted to stand in for counsel for defendant Griffie, Ronald Gainor, and Martha H. Eskesen is permitted to stand in for counsel for defendant Castellanos, Darren Cantor, at the May 18, 2007, Status Conference.

Dated: May 17, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.