IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter
Adriana Weisz and Melinda Gonzalez-Hibner,
Interpreters

Date: October 26, 2007

Criminal Action No. 07-cr-00172-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kathleen Tafoya, Guy Till, Michele Korver and Susan Knox |
| Plaintiff, | |
| v. | |
| 2.  CAMEO BANKS, | Kerry Hada |
| 5.  VICTOR CHAVEZ, | Robert Berger |
| 8.  EDGAR DIAZ-CALDERON, | Harvey Steinberg |
| 9.  EUSTACIA DIAZ-CALDERON, | Daniel Carr |
| 10. PHILIP DOUGLAS, | Vincent Horn |
| 11. DANIEL HARRIS, | Daniel Sears |
| 14. BAYLIN KYLE, | Frank Moya |
| 16. CHARLES LITTLEJOHN, | Wade Eldridge |
| 19. COURTNEY McCOY, | Martha Eskesen |
| 20. TERESA MOSLEY, | Sean McDermott |
| 25. GREGORIO CASILLAS, | Jeffrey Pagliuca |
| 26. KENNY HARRIS, | Thomas Ward |
| Defendants. | |

---

Criminal Action No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

Guy Till, Kathleen Tafoya, Michele Korver, and Susan Knox

Plaintiff,

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 2 of 11*

v.

| | |
|---|---|
| 1. ANDRE STANLEY, | Neil MacFarlane |
| 2. TYRUS McCLAIN | Patrick Ridley |

    Defendants.

---

Criminal Action No. 07-cr-00182-REB

UNITED STATES OF AMERICA,    Guy Till, Kathleen Tafoya, and Michele Korver

    Plaintiff,

v.

| | |
|---|---|
| 1. AISHA DENISE BAKER, | Scott Poland |
| 2. BRICE E. HANNS, | Nathan Chambers |
| 3. KENNY K. HARRIS, | Thomas Ward |
| 4. MERCURY JAMES SPRINGS, | Robert McAlister |

    Defendants.

---

Criminal Action No. 07-cr-00183-REB

UNITED STATES OF AMERICA,    Kathleen Tafoya and Guy Till

    Plaintiff,

v.

| | |
|---|---|
| 5. DERRICK JEREMY GRIFFIE, JR., | Ronald Gainor |
| 7. JOSE HERNANDEZ | Mitch Geller |
| 10. CHARLES LITTLEJOHN, | Wade Eldridge |
| 15. KENNY HARRIS, | Thomas Ward |

    Defendants.

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 3 of 11*

---

Criminal Action No. 07-cr-00184-WYD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till, Kathleen Tafoya, and Susan Knox |
| Plaintiff, | |
| v. | |
| 4.  BRIAN HICKS, | Walter Gerash and Jonathan Willett |
| 5.  BENJAMIN CORNELL THOMAS, | Martin Stuart |
| 6.  GERARDO TORIBIO, | Michael Meyrick for Joseph Saint-Veltri |
| 9.  MALCOLM WATSON, | Peter Menges |
| 10. WILLIE DEWAYNE CLARK | Alaurice Tafoya-Modi |
| Defendants. | |

---

Criminal Action No. 07-cr-00185-EWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till, Kathleen Tafoya, and Michele Korver |
| Plaintiff, | |
| v. | |
| 1. DANTE BUTLER, | Mitchell Baker |
| 4. CHARLES CASTENEDA, | Paul Grant |
| Defendants. | |

---

Criminal Action No. 07-cr-00187-WYD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till, Kathleen Tafoya, Susan Knox, and Michele Korver |

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 4 of 11*

    Plaintiff,

v.

1. REGINALD FISHER,                          Peter Bornstein

    Defendant.

---

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,                    Joseph Allen and Kathleen Tafoya

    Plaintiff,

v.

| | |
|---|---|
| 2. ALEJANDRO CAMACHO-LEVARIO, | Adam Tucker and Harvey Steinberg |
| 3. LUIS CAMACHO-LEVARIO, | Martha Eskesen for Kathleen Smith |
| 4. ANTHONY CORDOVA, | John Sullivan |
| 6. ARIEL FRAIRE, | Stanley Marks |
| 7. DAVID GARCIA, | Michael Root |
| 11. ROBERTO LOPEZ, | Andrew Reid for Gary Hill |
| 12. JOSE MUNOZ, | Walter Gerash |
| 14. GERARDO TORIBIO, | Michael Meyrick for Joseph Saint-Veltri |
| 15. VERONICA TYREE, | Kenneth del Valle |
| 16. BRUNO R. TYREE, | Thomas Goodreid |
| 17. OSCAR GARCIA-RUIZ, | Patrick Butler |

    Defendants.

---

Criminal Action No. 07–cr–00366–WDM

UNITED STATES OF AMERICA,                    Michele Korver and Susan Knox

    Plaintiff,

v.

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 5 of 11*

| | |
|---|---|
| 2. HENDERSON JERALE ABRAM, | Boston Stanton |
| 3. TYREE ABRAM, | Mitchell Baker for Lisa Wayne |
| 4. CHERIE MOORE, | Mitchell Baker |

       Defendants.

## COURTROOM MINUTES

**Status Conference**

**2:03 p.m.**	Court in session.

Interpreters sworn.

Appearances of counsel. Also seated at Government's table are FBI Special Agent Todd Wilcox and Aurora Police Department Detective Steve Stanton.

Waived appearances:
|  Defendants: |  | Counsel: |
|---|---|---|
| 07-cr-00172-EWN | 11. Daniel Harris | 07-cr-00188-WDM   Kenneth del Valle |
| 07-cr-00188-WDM | 11. Roberto Lopez | |
| | 15. Veronica Tyree | |

Counsel not present are Daniel Sears, representing Daniel Harris in 07-cr-00172-EWN; Patrick Ridley, representing Tyrus McClain (2) in 07-cr-00175-LTB; Robert McAlister, representing Mercury James Springs (4) in 07-cr-00182-REB; and Andrew Reid who was to appear for Gary Hill, representing Roberto Lopez in 07-cr-00188-WDM.

Late notice was sent to counsel in 07-cr-00366-WDM; Boston Stanton is not present for Henderson Jerale Abram (2) in that case. No defendants are present in that case.

**Case No. 07-cr-00172-EWN:**

**ORDERED:  1.	Defendant Cameo Banks' Motion to Join Specific Motions of Co-Defendants (#471, filed August 10, 2007) is GRANTED.**

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 6 of 11*

**ORDERED: 2.** **Defendant Cameo Banks' Motion to Join Motions of Co-Defendants' Motions for Additional Time to File Wiretap Discovery Motions (For Non-four Corner Issues) (#522, filed August 16, 2007) is GRANTED.**

**ORDERED: 3.** **Defendant Cameo Banks' Motion to Join Specific Motion of Co-Defendants (#609, filed September 28, 2007) is GRANTED.**

**ORDERED: 4.** **Defendant Cameo Banks' Second Motion for Permission to Join Specific Motion of Co-Defendants to Suppress Wiretap Evidence (#625, filed October 5, 2007) is GRANTED.**

**ORDERED: 5.** **Defendant Chavez's First Motion to Join in Wiretap "Four Corner" Motions Filed by Co-Defendants (#514, filed August 15, 2007) is GRANTED.**

**ORDERED: 6.** **Defendant Chavez's Second Motion to Join in Wiretap "Four Corner" Motions Filed by Co-Defendant (#612, filed September 30, 2007) is GRANTED.**

**ORDERED: 7.** **Defendant Edgar Diaz-Calderon's Motion to Join in Wiretap "Four Corner" Motions (#632, filed October 10, 2007) is GRANTED.**

**ORDERED: 8.** **The First Motion of Defendant Douglas to Join in Wiretap "Four Corners Motions" Filed by Co-Defendant McCoy (#642, filed October 11, 2007) is GRANTED.**

**ORDERED: 9.** **Defendant Daniel Harris' Motion for Permission to Join Co-Defendants' Motions to Suppress Wiretap Evidence (#498, filed August 15, 2007) is GRANTED.**

**ORDERED: 10.** **Defendant Daniel Harris' Second Motion for Permission to Join Co-Defendants' Motions to Suppress Wiretap Evidence (#624, filed October 4, 2007) is GRANTED.**

**ORDERED: 11.** **The Request by Defendant Baylin Kyle to Join in First Motion of Defendant Charles Littlejohn to Suppress Fruits of Wiretaps (#464, filed August 10, 2007) is GRANTED.**

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 7 of 11*

**ORDERED: 12.** **The Motion of Defendant Baylin Kyle to Join in "Four Corners" Motion of Co-Defendants (#502, filed August 15, 2007) is GRANTED.**

**ORDERED: 13.** **Defendant Kyle's Motion to Join Co-Defendant Motions (#628, filed October 9, 2007) is GRANTED.**

**ORDERED: 14.** **The Motion of Defendant Charles Littlejohn to Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#510, filed August 15, 2007) is GRANTED.**

**ORDERED: 15.** **The Second Motion of Defendant Charles Littlejohn To Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#627, filed October 8, 2007) is GRANTED.**

**ORDERED: 16.** **Defendant McCoy's Motion to Join Specified "Four Corners" Motions (#515, filed August 15, 2007) is GRANTED.**

**ORDERED: 17.** **Defendant Mosley's Motion for Permission to Join Co-Defendants' Motions to Suppress Wiretap Evidence (#516, filed August 15, 2007) is GRANTED.**

**ORDERED: 18.** **Defendant Mosley's Motion for Permission to Join Co-Defendants' Motion to Suppress Wiretap Evidence (#640, filed October 10, 2007) is GRANTED.**

**ORDERED: 19.** **Defendant Casillas' Motion to Join Wiretap "Four Corners" Motions Filed by Co-Defendants (#638, filed October 10, 2007) is GRANTED.**

**ORDERED: 20.** **Defendant Kenny Harris' Motion to Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#476, filed August 10, 2007) is GRANTED.**

**ORDERED: 21.** **Defendant Kenny Harris' Second Motion to Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#630, filed October 9, 2007) is GRANTED.**

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 8 of 11*

**Case No. 07-cr-00182-REB:**

ORDERED: 22. Defendant Aisha Baker's Unopposed Motion to Join and Adopt Motions in Case Nos. 07-cr-00172-EWN, 07-cr-00183-REB, 07-cr-00184-WYD and 07-cr-00185-EWN (#143, filed October 18, 2007) is GRANTED.

ORDERED: 23. Defendant Aisha Baker's Unopposed Motion to File Motion to Join Co-Defendants' Motion to Suppress Wiretaps Out of Time (#146, filed October 19, 2007) is GRANTED.

ORDERED: 24. Defendant Brice Hanns' Motion to Join Co-Defendant Motions to Suppress (#137, filed October 10, 2007) is GRANTED.

ORDERED: 25. Defendant Kenny Harris' Motion to Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#94, filed August 10, 2007) is GRANTED.

**Case No. 07-cr-00183-REB:**

ORDERED: 26. Defendant Derrick Griffie's Motion to Adopt Specific Filing of Co-efendant (#179, filed June 11, 2007) is GRANTED.

ORDERED: 27. Defendant Derrick Griffie's Amended Motion to Adopt Pleadings Filed by Defendant Courtney McCoy Under Case Number 07-cr-00172-EWN (doc #492) Which Seeks Suppression of Electronic Surveillance Filed on 8/13/07 (#283, filed August 15, 2007) is GRANTED.

ORDERED: 28. Defendant Jose Hernandez' Second Motion for Extension of Time Within Which to Submit Additional Motions (#413, filed October 19, 2007) is GRANTED.  Counsel shall have until January 9, 2008, to file any motions directed to the face of the affidavits.

ORDERED: 29. Defendant Jose Hernandez' Motion for Extension of Time Within Which to Submit Additional Motions (#383, filed September 27, 2007) is GRANTED.

**ORDERED: 30.** The Motion of Defendant Charles Littlejohn to Join Co-Defendants' Motion to Suppress Fruits of Wiretaps (#279, filed August 15, 2007) is GRANTED.

**ORDERED: 31.** Defendant Kenny Harris' Motion to Join Co-Defendants' Motions to Suppress Fruits of Wiretaps (#258, filed August 10, 2007) is GRANTED.

**Case No. 07-cr-00184-WYD:**

**ORDERED: 32.** Defendant Hicks' Motion for Leave to Join Other "Four Corners" Wiretap Suppression Motions (#206, filed August 16, 2007) is GRANTED.

**ORDERED: 33.** Defendant Toribio's Motion for Extension of Time Within Which to File Wiretap Motions (Four Corner Issues) (#210, filed August 17, 2007) is GRANTED.

**ORDERED: 34.** Defendant Toribio's Motion to Join Wiretap "Four Corners" Motions Filed by Co-Defendants (#258, filed October 11, 2007) is GRANTED.

**ORDERED: 35.** Defendant Malcolm Watson's Motion to Join Defendant Brian Hicks' "Four Corners" Wiretap Suppression Motion (#209, filed August 17, 2007) is GRANTED.

**ORDERED: 36.** Defendant Clark's Motion for Leave to Join Other "Four Corners" Wiretap Suppression Motions (#259, filed October 11, 2007) is GRANTED.

**Case No. 07-cr-00185-EWN:**

**ORDERED: 37.** Defendant Casteneda's Motion to Join, or to Adopt, Certain "Wiretap Suppression" Motions of Defendants in Related Case (#97, filed August 15, 2007) is GRANTED.

**Case No. 07-cr-00188-WDM:**

**ORDERED: 38.** Defendant Alejandro Camacho-Levario's Motion to Join in Wiretap "Four Corner" Motions (#364, filed October 10, 2007) is GRANTED.

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 10 of 11*

**ORDERED:   39.**   Defendant Anthony Cordova's Motion to Join in Jose Munoz' Motion to Suppress Four Corners Wiretap (Document #348) as it Applies to Wiretap 06-WT-38-JLK (#358, filed October 9, 2007) is GRANTED.

**ORDERED:   40.**   Defendant Ariel Fraire's Unopposed Motion for Extension of Time to File Four-Corners Wiretap Motion and Joinders (#340, filed September 26, 2007) is GRANTED.  Government's response, if any, is due by November 9, 2007.

**ORDERED:   41.**   Defendant Ariel Fraire's First Motion to Join in Wiretap "Four Corners" Motions (#365, filed October 10, 2007) is GRANTED.

**ORDERED:   42.**   Defendant David Garcia's Motion to Join in Wiretap "Four Corners" Motion Filed by Co-Defendant (#363, filed October 10, 2007) is GRANTED.  Mr. Root may file Four Corners motions on behalf of Defendant David Garcia by January 9, 2008.

**ORDERED:   43.**   Defendant Jose Munoz' Motion for Leave to Join Other "Four Corners" Wiretap Suppression Motions (#349, filed October 1, 2007) is GRANTED.

**ORDERED:   44.**   Defendant Gerardo Toribio's Motion to Join Wiretap "Four Corners" Motions Filed by Co-Defendants (#366, filed October 11, 2007) is GRANTED.

**ORDERED:   45.**   Defendant Oscar Garcia-Ruiz' Motion for Additional Time to File Wiretap Discovery Motions (For Non-Four Corner Issues) (#246, filed July 31, 2007) is GRANTED.

Discussion regarding CD of applications, affidavits, orders, orders to service providers and motions and orders to seal for each of the fifty telephones.  Ms. Tafoya states that the disc was filed conventionally as an attachment to Government's response (doc #616 in case no. 07-cr-00172-EWN, filed October 1, 2007).

**2:26 p.m.**   Mr. Sears enters the courtroom.

Discussion regarding possibility of further wiretap motions.

Mr. Sears addresses court regarding investigation of affidavits and reports.

*Courtroom Minutes*
*07-cr-00172-EWN, et al*
*Chief Judge Edward W. Nottingham*
*Page 11 of 11*

Mr. Marks addresses court regarding investigation of affidavits and reports as to Franks issues.

**ORDERED: 46.     Deadline for filing Franks motions is January 31, 2008.**

Ms. Tafoya addresses court toward clarification regarding Franks issues.

**2:52 p.m.**     U.S. Marshals temporarily remove Defendant Andre Stanley per request of Mr. MacFarlane.

Argument by Ms. Eskesen requesting 120 days to review wiretap documents. Court states that the deadline for filing motions will be as above, January 31, 2008.

Court states that if counsel are in need of extra resources (lawyers, paralegal, or investigators) to request them on a timely basis.

**2:58 p.m.**     Defendant Andre Stanley is returned to the courtroom.

Court states that 07-cr-00366-WDM has been assigned to this court in relation to wiretap issues. Discussion with Mr. Till regarding notice to the defendants in that case as to wiretap proceedings in this court.

**ORDERED: 47.     In case no. 07-cr-00172-EWN, Defendant Daniel Harris' Motion to Seal Defendant Harris' Exhibits B, C, and D to Motion for Disclosure of Grand Jury Material and to Dismiss (Lack of Probable Cause and Violation of Period of Limitations) (#684, filed October 25, 2007) is GRANTED.**

Further discussion regarding case no. 07-cr-00366-WDM.

**ORDERED: 48.     Defendants in case no. 07-cr-00366-WDM may have until January 9, 2008, to file any Four Corners motions.**

**3:02 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:59