**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 07-cr-00183-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. DERRICK JEREMY GRIFFIE, JR.,

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the sentencing hearing previously set for November 6, 2009, at 3:30 p.m. is **VACATED** at 3:30 p.m., and is **RESET** to **1:30 p.m.** on this day The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: October 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.